June 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANIL K. SINHA, MD, Appellant

NO. 14-11-00814-CV                    V.

ROXANNE THURSTON AND JAMES THURSTON, Appellees

_____

This cause, an appeal from the order denying appellant Anil K. Sinha, MD's motion to dismiss, signed August 30, 2011, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the trial court's order **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Roxanne Thurston and James Thurston, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.